UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

WILLIE DELL STORNES
#223446,

    Plaintiff,        Case No. 1:07CV739

v.                  Hon. Robert J. Jonker

VAUGHN GUILD,

    Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

  The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on May 28, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

  **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 28, 2009, is approved and adopted as the opinion of the court.

  **IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (docket # 57) is **GRANTED**.


                  /s/ Robert J. Jonker
                 ROBERT J. JONKER
               UNITED STATES DISTRICT JUDGE

DATED: July 10, 2009.